# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2867

_____

Burdette Theodore House,                     *
                                             *
                Appellant,                    *
                                             *   Appeal from the United States
        v.                                    *   District Court for the
                                             *   District of Minnesota.
Michael Campion, Commissioner                 *
of the Minnesota Department of Public         *
Safety; Bruce Andersohn; James M.            *   [UNPUBLISHED]
Dudgeon, Jr.,                                 *
                                             *
                Appellees.                    *

_____

Submitted: March 10, 2010
Filed:  March 15, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Burdette House appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint. Having reviewed the record de novo, see Owen v. Gen. Motors Corp., 533 F.3d 913, 918 (8th Cir. 2008) (standard of review), we conclude that dismissal was proper. Accordingly, we affirm. See 8th Cir. Rule 47B.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.